# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1293
_____

DONALD S. MILES, JR.,

Appellant,

v.

CITY OF LAKE CITY, FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.


May 23, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson, Marie A. Mattox, P.A., Tallahassee, for Appellant.

Susan S. Erdelyi, Marks Gray, P.A., Jacksonville, for Appellee.